**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TELINIT TECHNOLOGIES, LLC** § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:13-cv-803 |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| **SPOTIFY USA, INC.** § | |
| § | |
| Defendant. § | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Telinit Technologies, LLC ("Telinit"), hereby discloses, by and through its undersigned counsel, that it is a limited liability company. No parent or publicly held corporation owns 10% or more of Telinit's stock.

Dated: October 10, 2013

Respectfully Submitted,

By:  /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@badavisfirm.com

*Of Counsel*

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

ATTORNEYS FOR PLAINTIFF
TELINIT TECHNOLOGIES, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this response was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day October, 2013.

/s/ William E. Davis, III
William E. Davis, III