**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TELINIT TECHNOLOGIES, LLC § § §  Plaintiff, § § v. § § SPOTIFY USA, INC, § §  Defendant/Third-Party Plaintiff § § v. § § GARY ODOM d/b/a PATENT HAWK LLC, § § Third-Party Defendant. § | CIVIL ACTION NO. 2:13-cv-743-JRG (LEAD CASE)  CIVIL ACTION NO. 2:13-cv-803-JRG (MEMBER CASE) |

## ORDER

Before the Court is Third-Party Defendant Gary Odom d/b/a Patent Hawk's Motions to Dismiss for lack of personal jurisdiction, subject matter jurisdiction and failure to state a claim under 12(b)(6), and Mr. Odom's request for sanctions. (Civil Case No. 2:13-cv-803, Dkt. Nos. 21, 25.) The Court held a hearing on Mr. Odom's motions on June 27, 2014. The Court then announced its rulings and reasoning into the record; such rulings are memorialized herein. Any clarification and/or modification to such motions, as stated by the Court during such hearing, fully applies to the rulings as stated below, and such rulings do not exclude any clarification and/or modification as stated in the record. The Court ORDERS as follows:

Mr. Odom's Motion to Dismiss for lack of personal jurisdiction is **WITHDRAWN**. (*See*

Civil Case No. 2:13-cv-743, Dkt. No. 49.)

Mr. Odom's Motion to Dismiss for lack of subject matter jurisdiction is **DENIED**. The Court also **DENIES** Mr. Odom's request that this Court decline to exercise supplemental jurisdiction over Spotify USA, Inc's ("Spotify") third-party complaint against Mr. Odom.

Mr. Odom's Motion to Dismiss for failure to state a claim under Rule 12(b)(6) is **DENIED.**

Mr. Odom's requests for sanctions under Rule 11 and 28 U.S.C. § 1927 are both **DENIED.**

**So ORDERED and SIGNED this 30th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2